JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FORREST,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>THAHESHA JUSINO, Warden,<br><br>　　　　　Respondent. | Case No. 2:20-cv-03465-PD<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order filed herewith, IT IS ADJUDGED that the Petition is dismissed without prejudice for lack of jurisdiction.

DATED: March 29, 2021

_Patricia Donahue_
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE